| United States Bankruptcy Court<br>Eastern District of Michigan | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Zebra Drome, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Bowl-O-Drome; DBA The Zebra Lounge** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**26-1661511** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**522 Quay Street**<br>**Port Huron, MI**     ZIP Code **48060** | Street Address of Joint Debtor (No. and Street, City, and State):     ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Saint Clair** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):     ZIP Code | Mailing Address of Joint Debtor (if different from street address):     ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Zebra Drome, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**Black River Quay, Inc.** | Case Number: | Date Filed:<br>**5/09/10** |
| District:<br>**Eastern District of Michigan** | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>  Signature of Attorney for Debtor(s)　　　　　　(Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

  ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

  ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

       _____
       (Name of landlord that obtained judgment)

       _____
       (Address of landlord)

  ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| **Zebra Drome, Inc.** |

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Charles D. Bullock**
Signature of Attorney for Debtor(s)

**Charles D. Bullock P55550 cbullock@sbplclaw.com**
Printed Name of Attorney for Debtor(s)

**Stevenson & Bullock, P.L.C.**
Firm Name

**26100 American Drive**
**Suite 500**
**Southfield, MI 48034**

Address

**(248)354-7906  Fax: (248)354-7907**
Telephone Number

**May  9, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Robert Grygiel**
Signature of Authorized Individual

**Robert Grygiel**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**May  9, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## RESOLUTION

Robert Grygiel, officer, shareholder and director of Zebra Drome, Inc. (the "Company") herby certifies that the following is a true and correct copy of the resolutions duly adopted at a meeting of the members of the Company on May 7, 2010 and the said resolutions have not been modified or rescinded and are still in full force and effect on the date hereof.

RESOLVED, it is desirable and in the best interest of the Company that the Company commence a Chapter 7 bankruptcy case by filing a voluntary petition under the provisions of Chapter 7 of Title 11, United States Code (the "Bankruptcy Code"); and

RESOLVED, that Lynn A. Grygiel and/or Robert Grygiel is/are hereby authorized and empowered by and on behalf of, and in the name of the Company to execute and verify or certify a petition under Chapter 7 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Eastern District of Michigan at such time as such authorized officer executing the same shall determine ("Bankruptcy Case"); and

RESOLVED, that Lynn A. Grygiel and/or Robert Grygiel is/are hereby authorized and empowered by and on behalf of, and in the name of the Company to retain and employ other employees, attorneys, investment professionals, accountants, and other professionals to assist in the Company's Chapter 7 case on such terms as are deemed necessary, proper and desirable; and

RESOLVED, that Lynn A. Grygiel and/or Robert Grygiel is/are authorized and empowered to act as the reasonable person for the Company during the Bankruptcy Case (both in and out of Court) and to cause the Company to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, petitions, schedules, pleadings, papers, applications, motions, plans, disclosure statements, affidavits, applications for approvals or rulings of courts, governmental or regulatory authorities, certificates or other documents, and to take such other actions, as in her and/or his judgment shall be necessary, proper and desirable to prosecute to a successful filing of the Company's bankruptcy case and carry out and put into effect the purposes of the foregoing resolutions consistent with the Bankruptcy Code, and the transactions contemplated by these resolutions, their authority thereunto to be evidence by the taking of such actions; and

RESOLVED, that Charles D. Bullock and the law firm of Stevenson & Bullock, PLC be and it hereby is employed as attorneys for the Company for the Bankruptcy Case; and

RESOLVED, that any conflict is waived relating to Charles D. Bullock and the law firm of Stevenson & Bullock, PLC filing a Chapter 7 bankruptcy case for Zebra Drome, Inc. and/or Black River Quay, Inc. and/or Lynn A. Grygiel and/or Robert Grygiel

or providing legal services for Zebra Drome, Inc. and/or Black River Quay, Inc. and/or Lynn A. Grygiel and/or Robert Grygiel; and

RESOLVED, that any and all past actions heretofore taken by any member of the Company in the name of and on behalf of the Company in the furtherance of any or all of the preceding resolutions be, and the same hereby are ratified, approved, and adopted.

RESOLVED, that that facsimile and/or electronic signatures shall be deemed original and this Resolution may be executed in counterparts.

IN WITNESS WHEREOF, I have hereunto set my hand this 7th day of May, 2010.

Approved:

Robert Grygiel

# United States Bankruptcy Court
## Eastern District of Michigan

In re    **Zebra Drome, Inc.** _____    Case No. _____
                                     Debtor(s)    Chapter    **7** _____

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **May 9, 2010** _____      **/s/ Robert Grygiel** _____

                                                 **Robert Grygiel/President**
                                                 Signer/Title

31st Judical Circuit Court
201 McMorran Blvd.
Case No. D09-001610-CK
Port Huron, MI 48060


31st Judical Circuit Court
201 McMorran Blvd.
Case No. K-05000671-CK
Port Huron, MI 48060


31st Judical Circuit Court
201 McMorran Blvd.
Case No. 10-721-PR
Port Huron, MI 48060


A&A Grease Services, LTD
2061 19th Street
Wyandotte, MI 48192


Adam A. Kirby
627 10th Street
Port Huron, MI 48060


Adams Fire Protection Co.
22700 Harper Ave.
Saint Clair Shores, MI 48080


Al Bourdeau Insurance
5651 Lakeshore Drive
Fort Gratiot, MI 48059


Allied Waste Services
P.O. Box 9001099
Louisville, KY 40290-1099


Amanda LaGrange
1982 Range Road
Port Huron, MI 48060


Amanda P. Kaboni
714 Court Street
Port Huron, MI 48060

Amber Montney
1322 7th Street
Port Huron, MI 48060


Ashley Eagan
1509 Oak St.
Port Huron, MI 48060


AT&T
P.O. Box 8100
Aurora, IL 60507-8100


Aunt Millie's Bakeries
3480 Lapeer Rd.
Port Huron, MI 48060


Austin, Niester, Schweihofer& Finnegan
600 Fort Street, Suite 200
Port Huron, MI 48060


Auto-Chlor System
37890 Commerce Drive
Sterling Heights, MI 48312


Bank of America
Attn: Bankruptcy Department
P.O. Box 15480
Wilmington, DE 19850-5480


Bank of America
c/o Michael J. Ryan
Kus, Ryan & Associates, PLLC
2851 High Meadow Circle, Suite 210
Auburn Hills, MI 48326


Belinda L. Ferrier
1119 Lapeer #1
Port Huron, MI 48060


Benson's Moretz Cleaning Co.
P.O. Box 610633
3753 Lapeer Road
Port Huron, MI 48060

Black River Quay, Inc.
522 Quay Street
Port Huron, MI 48060


Blue Cross-Blue Shield of Michigan
P.O. Box 660820
Dallas, TX 75266-0820


Blue Water Area Transit
2221 Lapeer Ave.
Port Huron, MI 48060


Bowling Centers Association of Michigan
28200 Southfield Rd.
Southfield, MI 48076


Bowling Proprietors Association of Amer.
P.O. Box 5802
Arlington, TX 76005


Carrie L. Stockwell
1226 Maywood
Marysville, MI 48040


Cassandra Adkins
919 Poplar
Port Huron, MI 48060


Cheryl A. Runions
2469 Military Street
Port Huron, MI 48060


Cintas
51518 Guadrate
Macomb, MI 48042


Cintas Sanis
51518 Quadrate
Macomb, MI 48042


City Cab of Port Huron
1418 Pine Grove Ave.
Port Huron, MI 48060

City of Port Huron
100 McMorran Blvd.
Port Huron, MI 48060-4007

City of Port Huron
Water Office
100 McMorran Blvd.
Port Huron, MI 48060-4007

Coca-Cola Bottling Co. of Mich
Flint Sales Center
2329 Paysphere Circle
Chicago, IL 60674-2329

Comcast
P.O. Box 3005
Southeastern, PA 19398-3005

Corey Elenbaum
59 Lindon St.
Port Huron, MI 48060

Courtney Rich
3833 Cheyenne
Fort Gratiot, MI 48059

Coutnery Rich
3833 Cheyenne
Burtchville, MI 48059

Custom Glass
2950 Cherry Hill
Fort Gratiot, MI 48059-3407

Deluxe Business Checks & Solutions
P.O. Box 742572
Cincinnati, OH 45274-2572

DiLaura Brothers, LLC
7023 E. 14 Mile Rd.
Sterling Heights, MI 48312

Direct TV
P.O. Box 60036
Los Angeles, CA 90060-0036

DTE Energy
P.O. Box 740786
Cincinnati, OH 45274-0786


DTE Energy
P.O. Box 2859
Detroit, MI 48260-0001


Dyck Security Services, Inc.
2425 Minnie Street
Port Huron, MI 48060-4733


Earle Smith Distributing Co.
1730 Dove Street
Port Huron, MI 48060


Eric D. Groce
714 Lincoln Ave., Apt. 3
Port Huron, MI 48060


Ernst Hotel Supply, Inc.
2888 Riopeele Street
Detroit, MI 48207


Everst National Insurance Company
P.O. Box 499
Newark, NJ 07101-0499


Gannett Michigan Newpapers
P.O. Box 30318
Lansing, MI 48919


Gerry's Distributing Co.
2021 15th Street
Port Huron, MI 48060


Gordon Food Service
Payment Processing Center
 Dept. CH 10490
Palatine, IL 60055-0490


Hannah Edwards
6687 Griswold
Smiths Creek, MI 48074

Horizon Blue Cross/Blue Shield
P.O. Box 989
Newark, NJ 07101-0989


Huron Consultants
Attn: Patrick Haire
25315 Dequindre
Akron, MI 48701


Huron Title Company
330 Michigan Street
Port Huron, MI 48060


Hutchinson Refrigeration Service
2012 12th Street
Port Huron, MI 48060


ISM Restraunt Services
N 532 William Road
Genoa City, WI 53128


James Potts
2524 Walnut
Port Huron, MI 48060


Jamey Robtoy
1426 Carleton
Port Huron, MI 48060


JCP Precision Bowling Systems
200 Oval Drive
Islandia, NY 11749


Jeff's Rubbish Disposal
10580 Metcalf Rd.
Yale, MI 48097


Jeremie A. Brettin
4987 Griswold
Smiths Creek, MI 48074


John Mac Laren
38166 Hibrow
Clinton Township, MI 48036

Judy A. Wysocki
4125 Dove Rd.
Lot 17
Port Huron, MI 48060


Judy Tidwell
1511 Sedgwick St.
Port Huron, MI 48060


Julie A. Smith
1824 Griswold
Port Huron, MI 48060


Karen M. McGregor
3766 Cedar Street
Fort Gratiot, MI 48059


Katelyn Hofer
1610 6th St.
Port Huron, MI 48060


Kerry L. Bartlett
815 Range Road
Kimball, MI 48074


Kevin Brockitt
714 Lincoln, Apt. 6
Port Huron, MI 48060


Kinney Entertainment, LLC
dba Port Huron Ice Hawks
325 Huron Ave.
Port Huron, MI 48060


La Grasso Bros., Inc.
5001 Bellvue
P.O. Box 2638
Detroit, MI 48202-2638


Law Offices of Timothy J. Lozen, P.C.
Timothy L. Lozen, Esq.
511 Fort Street, Suite 402
Port Huron, MI 48060

Leah Bachman
2617 Krafft Rd., Apt. H
Port Huron, MI 48060


Lori A. LePine
551 Karla Lane
Marysville, MI 48040


Lynn Grygiel
3004 Shorewood Blvd.
Fort Gratiot, MI 48059


Marketing Promotions & Events
Attn: Cristi Dixon
4435 Fairway Drive
Fort Gratiot, MI 48059-3913


MBPA
27700 Hoover Rd.
Warren, MI 48093


Melinda Schuster
5142 Lapeer Rd.
Smiths Creek, MI 48074


Melody R. McPhail
918 1/2 Pine Grove Ave.
Port Huron, MI 48060


Michael Fieler
197 Beacon Ct.
Port Huron, MI 48060


Michael Murawski
729 Ontario #2
Port Huron, MI 48060


Michigan Department of Energy, Labor
& Ecomonis Growth
P.O. Box 30004
Ottawa Bld. 4th Floor
Lansing, MI 48909

Michigan Department of Treasury
Collections/Bankruptcy Unit
P.O. Box 30168
Lansing, MI 48909


Michigan State Disbursement Unit
P.O. Box 30350
Lansing, MI 48909-7850


Midwest Bowling Promoters, Inc.
18621 Myron
Livonia, MI 48152


Mitchell Sales, Inc.
24538 Indoplex Circle
Farmington, MI 48335


Moore Wallace, DBA
RR Donnelley
P.O. Box 905046
Charlotte, NC 28290-5046


Morgan A. Claerhout
9221 Puttygut
Casco, MI 48074


Nancy Laming
1518 Lapeer Ave.
Port Huron, MI 48060


Nate McNally
1021 Wells St.
Port Huron, MI 48060


Nathan Wilson
1875 Michigan Rd.
Apt. F11
Marysville, MI 48040


New Edge Satellite
7583 Gratiot Rd.
Saginaw, MI 48609

New Image Protective Services, Inc.
320 Church St.
Mount Clemens, MI 48043


New Jersey Division of Taxation


Nicholas March
1913 26th St.
Port Huron, MI 48060


Nichole A. Greenman
1071 Sterling Place
Port Huron, MI 48060


Nicole Dubs
3980 Metcalf Rd.
Fort Gratiot, MI 48059


Nobel Locksmith Service, Inc.
c/o Robert C. Noble, Res. Agent
2670 Grace Rd.
Fort Gratiot, MI 48059


North American Coil & Beverage
15641 E 10 Mile Rd
Eastpointe, MI 48021


North Point Insurance Company
28819 Franklin Road
Southfield, MI 48034-1656


Nu-Fold, Inc.
4444 Lawton
Detroit, MI 48208


Pepsi Bottling Group
P.O. Box 75948
Chicago, IL 60675-5948


Port Huron Sewer Cleaning
3077 Simosin Rd.
Fort Gratiot, MI 48059

Port Huron USBC BA
1401 6th Street
Marysville, MI 48040


Port Huron USBC WBA
Sandy Hox
74975 Burk
Armada, MI 48005


Qubica-AMF
Pins Division
7412 Utica Blvd.
Lowville, NY 13367


Qubica-AMF Worldwide, LLC
8100 AMF Drive
Mechanicsville, VA 23111


Radio First
P.O. Box 610807
Port Huron, MI 48060


Randy Hornby
6080 Griswold
Saint Clair, MI 48079


Richard L. Wolfe
3157 Krafft Rd.
Fort Gratiot, MI 48059


Robert Grygiel
3004 Shorewood Blvd.
Fort Gratiot, MI 48059


Robert W. Kelley
1511 Sedgwick
Port Huron, MI 48060


Sarah Edwards
2436 Michigan #1
Port Huron, MI 48060


Scott A. Newsome
1916 Oak St.
Port Huron, MI 48060

Semco Energy
P.O. Box 740812
Cincinnati, OH 45274-0812


Shevaun Barnes-Hohmann
1219 Minnesota Lot 45
Port Huron, MI 48060


South Park Welding Supplies
50 Gratiot Blvd.
Marysville, MI 48040


St. Clair County Circuit Court
201 McMoran Blvd.
Case No. D09-001610-CK
Port Huron, MI 48060


St. Clair County Environmental Health
3415 28th Street
Port Huron, MI 48060


St. Clair County Treasurer
200 Grand River, Suite 101
Port Huron, MI 48060


State of Michigan
Bureau of Workers' & Unemployment Comp.
P.O. Box 9045
Detroit, MI 48202-9045


State of Michigan
Department of Treasury
P.O. Box 77437
Detroit, MI 48277-0437


State of Michigan
Unemployment Insurance Agency
P.O. Box 33598
Detroit, MI 48232-5598


State of Michigan
Unemployment Insurance Agency
PO Box 169
Grand Rapids, MI 49501-0169

```
State of Michigan
Unemployment Insurance Agency
3024 W. Grand Blvd., Suite 11-500
Detroit, MI 48202


State of Michigan
Withholding tax
P.O. Box 77003
Detroit, MI 48277


State of Michigan - Department of Treas.
Sales Tax
77003
Detroit, MI 48277-0003


State of Michigan - Dept. of Treasury
Michigan Liquor Contriol Commission
7150 Harris Drive
P.O. Box 30005
Lansing, MI 48909


STATE OF MICHIGAN - SALES TAX
SALES   USE & W/H TAX DIV.
LANSING, MI 48922


Statewide Resurfacing
4 South Kennific Street
Yale, MI 48097


Sysco
P.O. Box 33580
Detroit, MI 48232-5580


Tricia Runge
4200 Scot B. Drive
Saint Clair, MI 48079


Van Claren, Inc.
c/o James P. Brennan
Davis, Listman & Brennan
10 S. Main, Suite 401
Mount Clemens, MI 48043
```

Van Claren, Inc.
c/o James V. Hulle, Res. Agent
522 Quay Street
Port Huron, MI 48060


Verizon
PO Box 920041
Dallas, TX 75392


Verizon
1515 Woodfield Rd.
Schaumburg, IL 60173


Victoria Wilson
3501 N. River Road
Fort Gratiot, MI 48059


Wiczko Distributing, Inc.
c/o Joseph C. Wiczki, Res. Agent
2765 N. Michigan Ave.
Port Huron, MI 48060


Zebra Drome, Inc.
Timothy J. Lozen, Resident Agent
511 Fort St., Ste. 402
Port Huron, MI 48060


Zebra Lounge, Inc.
c/o James P. Brennan
Davis, Listman & Brennan
10 S. Main, Suite 401
Mount Clemens, MI 48043


Zebra Lounge, Inc.
c/o James V. Hulle, Res. Agent
522 Quay Street
Port Huron, MI 48060