211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: 10–55432–tjt
Chapter: 7

In Re: (NAME OF DEBTOR(S))
    Zebra Drome, Inc.
    dba Bowl–O–Drome, dba The Zebra
    Lounge
    522 Quay Street
    Port Huron, MI 48060

Social Security No.:

Employer's Tax I.D. No.:
    26–1661511

## NOTICE OF MISSING DOCUMENTS

To the Debtor(s) and Debtor(s) attorney:

Notice is hereby given that the following documents(s) must be filed within **14** days from the date the bankruptcy petition was filed:

| | |
|---|---|
| ☐ Declaration and Signature of Non–Attorney Bankruptcy Petition Preparer (Form 19) | |
| ☑ Attorney Disclosure of Compensation Statement | ☑ Schedule B |
| ☐ Certificate of Budget and Credit Counseling | Schedule C: |
| ☐ Chapter 7 Means Test (Form 22 A) | ☐ Debtor |
| ☐ Declaration Under Penalty of Perjury for Debtor(s) Without an Attorney | ☐ Joint Debtor |
| ☐ Application to Pay the Filing Fee in Installments | ☑ Schedule D |
| ☐ Tax ID | ☑ Schedule E |
| ☐ Statistical Summary of Certain Liabilities | ☑ Schedule F |
| ☑ Statement of Financial Affairs | ☑ Schedule G |
| ☑ Summary of Schedules | ☑ Schedule H |
| ☐ Schedules A–J | ☐ Schedule I |
| ☑ Schedule A | ☐ Schedule J |

The missing document(s) must be filed on or before **5/24/10** .

**THIS IS THE ONLY NOTICE YOU WILL RECEIVE:** If you fail to timely comply with the requirements set forth above, the case may be dismissed.

Dated: 5/10/10

                                                BY THE COURT

                                                Katherine B. Gullo , Clerk of Court
                                                U.S. Bankruptcy Court