## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT
_____

**In Re:**

                                  Case No. 10-55432-tjt

**ZEBRA DROME, INC.,**                 Chapter 7

                                  Hon. Thomas J. Tucker

    *Debtor.*

_____

### NOTICE OF APPEARANCE; REQUEST FOR SERVICE, REQUEST TO BE ADDED TO MATRIX; AND FEDERAL BANKRUPTCY PROCEDURE 2002 REQUEST

**PLEASE TAKE NOTICE** that Bank of America appears, by and through its counsel, Kus, Ryan & Associates, PLLC, in this matter and requests that all notices given and required to be given in this case and all papers served and required to be served, be served upon the undersigned at the following address and telephone number.

        Michael J. Ryan (P34785)
        Kus, Ryan & Associates, PLLC
        2851 High Meadow Circle, Suite 210
        Auburn Hills, Michigan  48326-2790
        (248) 364-3090
        mryan@krslaw.biz

**PLEASE TAKE FURTHER NOTICE** that Bank of America requests to be added to the Debtor's Matrix in care of its counsel at the above address and further requests that all notices and papers provided pursuant to Federal Rule of Bankruptcy Procedure 2002 be served upon the same.

        Kus, Ryan & Associates, PLLC

        By: /s/ Michael J. Ryan
        Michael J. Ryan (P34785)
        Counsel for Bank of America
        2851 High Meadow Circle, Suite 210
        Auburn Hills, Michigan  48326-2790
        (248) 364-3090
        mryan@krslaw.biz

Dated:  May 10, 2010