UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In Re:

ZEBRA DROME, INC.,

    *Debtor.*

Case No. 10-55432-tjt
Chapter 7
Hon. Thomas J. Tucker

## NOTICE OF APPEARANCE; REQUEST FOR SERVICE, REQUEST TO BE ADDED TO MATRIX; AND FEDERAL BANKRUPTCY PROCEDURE 2002 REQUEST

**PLEASE TAKE NOTICE** that Van Claren, Inc. appears, by and through its counsel, Davis ♦ Listman ♦ Brennan, in this matter and requests that all notices given and required to be given in this case and all papers served and required to be served, be served upon the undersigned at the following address and telephone number.

    William N. Listman (P52030)
    Davis ♦ Listman ♦ Brennan
    10 S. Main St., Ste. 401
    Mt. Clemens, MI 48043
    (586) 469-4300
    wlistman@davislistman.com

**PLEASE TAKE FURTHER NOTICE** that Van Claren, Inc. requests to be added to the Debtor's Matrix in care of its counsel at the above address and further requests that all notices and papers provided pursuant to Federal Rule of Bankruptcy Procedure 2002 be served upon the same.

    Davis ♦ Listman ♦ Brennan

    By: /s/ William N. Listman
    William N. Listman (P52030)
    Counsel for Van Claren, Inc.
    10 S. Main St., Ste. 401
    Mt. Clemens, MI 48043
    (586) 469-4300
    wlistman@davislistman.com

Dated: May 28, 2010