# United States Bankruptcy Court
## Eastern District of Michigan

In re  **Zebra Drome, Inc.**

_____ ,
Debtor

Case No. ___**10-55432**_____

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 3,655.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 139,000.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 5 | | 4,080.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 20 | | 1,253,428.83 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 3 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 34 | | | |
| Total Assets | | | 3,655.00 | | |
| Total Liabilities | | | | 1,396,508.83 | |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

.

# United States Bankruptcy Court
## Eastern District of Michigan

In re    **Zebra Drome, Inc.**                      ,     Case No.    **10-55432**

                                       Debtor

Chapter            **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com            Best Case Bankruptcy

In re **Zebra Drome, Inc.** _____ , Case No. **10-55432** _____
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com
Best Case Bankruptcy

In re  **Zebra Drome, Inc.**                                    ,    Case No.   **10-55432**
                                                     Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America Checking ... 4013 | - | 423.00 |
| | | | Bank of America Checking ... 4005 | - | 27.00 |
| | | | Bank of America Checking ... 3981 | - | 326.00 |
| | | | Bank of America Checking ... 4021 | - | 89.00 |
| | | | Bank of America Checking ... 3999 | - | 90.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Bar Mirrors | - | Unknown |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Interest in insurance policies with North Point, Hudson, and Everst | - | Unknown |
| | | | TRM | - | 200.00 |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >         **1,155.00**
(Total of this page)

__2__   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                     Best Case Bankruptcy

In re    **Zebra Drome, Inc.**                            ,    Case No.    **10-55432**

                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Macomb Community College** | - | **2,500.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claim against Van Claren, Inc.** | - | **Unknown** |

                                                  Sub-Total >      **2,500.00**
                                                (Total of this page)

Sheet  **1**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                   Best Case Bankruptcy

In re  **Zebra Drome, Inc.** ,  Case No.  **10-55432**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Beverage License** | - | **Unknown** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Misc. Office Equipment** | - | **Unknown** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Bowling Equipment** | - | **Unknown** |
| | | **Kitchen & Bar Equipment** | - | **Unknown** |
| | | **Furniture & Fixtures** | - | **Unknown** |
| 30. Inventory. | | **Misc. food and beverages** | - | **Unknown** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **3,655.00** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

In re   **Zebra Drome, Inc.**  ,    Case No.  **10-55432**

                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Bank of America formerly Lasalle Bank Midwest National Association c/o Hill Devendorf,P.C. 901 Huron Avenue Port Huron, MI 48060** | | - | 4/2008<br><br>**U.C.C. Financing Statement**<br><br>**All asset lien including Beverage license**<br><br>Value $     **Unknown** | | | | **130,000.00** | **Unknown** |
| Account No.<br><br>**Michigan Dept. of Treasury - Collections P.O. Box 30199 Lansing, MI 48909** | | - | 2009/2010<br><br>**State Tax Lien**<br><br>**Personal Property**<br><br>Value $     **Unknown** | | | | **9,000.00** | **Unknown** |
| Account No. | | | <br><br><br><br>Value $ | | | | | |
| Account No. | | | <br><br><br><br><br>Value $ | | | | | |

<u>  0  </u> continuation sheets attached

| | Subtotal<br>(Total of this page) | **139,000.00** | **0.00** |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **139,000.00** | **0.00** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com        Best Case Bankruptcy

.

In re __Zebra Drome, Inc.__ , Case No. __10-55432__

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

In re __Zebra Drome, Inc.__ , Case No. __10-55432__

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2010 | | | | | | |
| Ashley Eagan 1509 Oak St. Port Huron, MI 48060 | - | | Wages | | | | | | 119.00 |
| | | | | | | | 119.00 | | 0.00 |
| Account No. | | | 2010 | | | | | | |
| Carrie L. Stockwell 1226 Maywood Marysville, MI 48040 | - | | Wages | | | | | | 180.00 |
| | | | | | | | 180.00 | | 0.00 |
| Account No. | | | Business debt | | | | | | |
| Eric D. Groce 714 Lincoln Ave., Apt. 3 Port Huron, MI 48060 | - | | | | | | | | 259.00 |
| | | | | | | | 259.00 | | 0.00 |
| Account No. | | | 2010 | | | | | | |
| Jamey Robtoy 1426 Carleton Port Huron, MI 48060 | - | | Wages | | | | | | 70.00 |
| | | | | | | | 70.00 | | 0.00 |
| Account No. | | | 2010 | | | | | | |
| Judy A. Wysocki 4125 Dove Rd. Lot 17 Port Huron, MI 48060 | - | | Wages | | | | | | 135.00 |
| | | | | | | | 135.00 | | 0.00 |

Sheet __1__ of __4__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) | 763.00 | | 763.00 | | 0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com Best Case Bankruptcy

In re  **ZEBRA DROME, INC.** _____ ,  Case No. ___**10-55432**___
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | 2010 | | | | | |
| Judy Tidwell 1511 Sedgwick St. Port Huron, MI 48060 | | - | | Wages | | | | | 250.00 |
| | | | | | | | | 250.00 | 0.00 |
| Account No. | | | | Wages | | | | | |
| Karen M. McGregor 3766 Cedar Street Fort Gratiot, MI 48059 | | - | | | | | | | 84.00 |
| | | | | | | | | 84.00 | 0.00 |
| Account No. | | | | 2010 | | | | | |
| Katelyn Hofer 1610 6th St. Port Huron, MI 48060 | | - | | Wages | | | | | 226.00 |
| | | | | | | | | 226.00 | 0.00 |
| Account No. | | | | 2010 | | | | | |
| Kerry L. Bartlett 815 Range Road Kimball, MI 48074 | | - | | Wages | | | | | 160.00 |
| | | | | | | | | 160.00 | 0.00 |
| Account No. | | | | 2010 | | | | | |
| Kevin Brockitt 714 Lincoln, Apt. 6 Port Huron, MI 48060 | | - | | Wages | | | | | 66.00 |
| | | | | | | | | 66.00 | 0.00 |

Sheet __2__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)  |  786.00  |  786.00  |  0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

In re __Zebra Drome, Inc._____ ,  Case No. ___10-55432_____

_____ Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2019 | | | | | |
| Randy Hornby 6080 Griswold Saint Clair, MI 48079 | | - | Wages | | | | | 151.00 |
| | | | | | | | 151.00 | 0.00 |
| Account No. | | | 2010 | | | | | |
| Richard L. Wolfe 3157 Krafft Rd. Fort Gratiot, MI 48059 | | - | Wages | | | | | 173.00 |
| | | | | | | | 173.00 | 0.00 |
| Account No. | | | 2010 | | | | | |
| Robert W. Kelley 1511 Sedgwick Port Huron, MI 48060 | | - | Wages | | | | | 247.00 |
| | | | | | | | 247.00 | 0.00 |
| Account No. | | | 2010 | | | | | |
| Sarah Edwards 2436 Michigan #1 Port Huron, MI 48060 | | - | Wages | | | | | 55.00 |
| | | | | | | | 55.00 | 0.00 |
| Account No. | | | 2010 | | | | | |
| Shevaun Barnes-Hohmann 1219 Minnesota Lot 45 Port Huron, MI 48060 | | - | Wages | | | | | 322.00 |
| | | | | | | | 322.00 | 0.00 |

Sheet __3__ of __4__ continuation sheets attached to    Subtotal    | 948.00 |
Schedule of Creditors Holding Unsecured Priority Claims    (Total of this page)    948.00    0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com     Best Case Bankruptcy

In re **Zebra Drome, Inc.**
_____,  Case No. **10-55432** _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2010 | | | | | | |
| City of Port Huron 100 McMorran Blvd. Port Huron, MI 48060-4007 | | - | Residence and withholding | | | | 700.00 | Unknown | Unknown |
| Account No. | | | Notice Purposes | | | | | | |
| Internal Revenue Service P.O. Box 21126 Philadelphia, PA 19114-0326 | | - | | | | | Unknown | Unknown | Unknown |
| Account No. | | | 2010 | | | | | | |
| MisDU P.O. Box 30353 Lansing, MI 48909-7851 | | - | Payment for employees for child support | | | | 883.00 | Unknown | Unknown |
| Account No. | | | 2009/2010 | | | | | | |
| State of Michigan Department of Treasury P.O. Box 77437 Detroit, MI 48277-0437 | | - | Withholding and sales | | | | Unknown | Unknown | Unknown |
| Account No. | | | 2009/2010 | | | | | | |
| State of Michigan Bureau of Workers' & Unemployment Comp. P.O. Box 9045 Detroit, MI 48202-9045 | | - | Umemployment | | | | Unknown | Unknown | Unknown |

Sheet __4__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 |
|---|---|---|
| | | 1,583.00 | 0.00 |
| | Total (Report on Summary of Schedules) | 2,497.00 |
| | | 4,080.00 | 0.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

In re   **Zebra Drome, Inc.**                                    ,     Case No.   **10-55432**

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Zebra Lounge** <br><br> **A&A Grease Services, LTD** <br> **2061 19th Street** <br> **Wyandotte, MI 48192** | | - | **2008** <br> **Business Debt** | | | | **25.00** |
| Account No. <br><br> **Adam A. Kirby** <br> **627 10th Street** <br> **Port Huron, MI 48060** | | - | **Notice only** | | | | **Unknown** |
| Account No. **xxx Quay** <br><br> **Adams Fire Protection Co.** <br> **22700 Harper Ave.** <br> **Saint Clair Shores, MI 48080** | | - | **Notice only** | | | | **0.00** |
| Account No. **x3195** <br><br> **Al Bourdeau Insurance** <br> **5651 Lakeshore Drive** <br> **Fort Gratiot, MI 48059** | X | - | **Business debt** | | | | **1,809.00** |
| | | | | | Subtotal <br> (Total of this page) | | **1,834.00** |

  **19**  continuation sheets attached

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          S/N:31782-100528   Best Case Bankruptcy

In re    **Zebra Drome, Inc.**                         ,      Case No.    **10-55432**

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Allied Waste Services <br>P.O. Box 9001099 <br>Louisville, KY 40290-1099** | - | | **Notice only** | | | | **0.00** |
| Account No. <br><br>**Amanda LaGrange <br>1982 Range Road <br>Port Huron, MI 48060** | - | | **Notice only** | | | | **Unknown** |
| Account No. <br><br>**Amanda P. Kaboni <br>714 Court Street <br>Port Huron, MI 48060** | - | | **Notice only** | | | | **Unknown** |
| Account No. <br><br>**Amber Montney <br>1322 7th Street <br>Port Huron, MI 48060** | - | | **Notice only** | | | | **Unknown** |
| Account No. **xxx xxx-xxxx- 264 6** <br><br>**AT&T <br>P.O. Box 8100 <br>Aurora, IL 60507-8100** | - | | **Business debt** | | | | **306.00** |

Sheet no. __1__ of __19__ sheets attached to Schedule of            Subtotal      **306.00**
Creditors Holding Unsecured Nonpriority Claims        (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re    **Zebra Drome, Inc.** _____,    Case No. ___**10-55432**_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Notice only | | | | |
| Austin, Niester, Schweihofer & Finnegan 600 Fort Street, Suite 200 Port Huron, MI 48060 | X | - | | | | | | 0.00 |
| Account No. | | | | 2008 Business debt | | | | |
| Bank of America Attn: Bankruptcy Department P.O. Box 15480 Wilmington, DE 19850-5480 | | - | | | | | | Unknown |
| Account No. | | | | Notice only | | | | |
| Belinda L. Ferrier 1119 Lapeer #1 Port Huron, MI 48060 | | - | | | | | | 0.00 |
| Account No. Bowl-O-Drome/Zebra Bar | | | | Business debt | | | | |
| Benson's Moretz Cleaning Co. P.O. Box 610633 3753 Lapeer Road Port Huron, MI 48060 | | - | | | | | | 200.00 |
| Account No. | | | | Building Lease | | | | |
| Black River Quay, Inc. 522 Quay Street Port Huron, MI 48060 | X | - | | | | | | 1,240,600.00 |
| Sheet no. _**2**___ of _**19**___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal (Total of this page) | | | 1,240,800.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

In re **Zebra Drome, Inc.** , Case No. **10-55432**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **x9149** <br><br> **Blue Cross-Blue Shield of Michigan** <br> **P.O. Box 660820** <br> **Dallas, TX 75266-0820** | | - | | | **Business debt** | | | | **Unknown** |
| Account No. <br><br> **Bowling Centers Association of Michigan** <br> **28200 Southfield Rd.** <br> **Southfield, MI 48076** | | - | | | **Notice only** | | | | **0.00** |
| Account No. **5856** <br><br> **Bowling Proprietors Association of Amer.** <br> **P.O. Box 5802** <br> **Arlington, TX 76005** | | - | | | **Notice only** | | | | **0.00** |
| Account No. <br><br> **Cassandra Adkins** <br> **919 Poplar** <br> **Port Huron, MI 48060** | | - | | | **Notice only** | | | | **0.00** |
| Account No. <br><br> **Cheryl A. Runions** <br> **2469 Military Street** <br> **Port Huron, MI 48060** | | - | | | **Notice only** | | | | **0.00** |

Sheet no. __3__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

In re  **Zebra Drome, Inc.**                                      ,          Case No.   **10-55432**
_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-x7443**<br><br>**Cintas**<br>**51518 Guadrate**<br>**Macomb, MI 48042** | X | - | **2010**<br>**Business debt** | | | | 430.00 |
| Account No. **xxx-x1154**<br><br>**Cintas Sanis**<br>**51518 Quadrate**<br>**Macomb, MI 48042** | X | - | **2010**<br>**Business debt** | | | | 115.00 |
| Account No. **Zebra Bar**<br><br>**City Cab of Port Huron**<br>**1418 Pine Grove Ave.**<br>**Port Huron, MI 48060** | X | - | **2010**<br>**Notice only** | | | | 0.00 |
| Account No. **xxx5843**<br><br>**Coca-Cola Bottling Co. of Mich**<br>**Flint Sales Center**<br>**2329 Paysphere Circle**<br>**Chicago, IL 60674-2329** | | - | **Notice only** | | | | 0.00 |
| Account No. **xxxxx xxxxx1-01-3**<br><br>**Comcast**<br>**P.O. Box 3005**<br>**Southeastern, PA 19398-3005** | | - | **Notice only** | | | | 0.00 |

Sheet no. **4** of **19** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                           **545.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

In re    **Zebra Drome, Inc.**                                                    ,    Case No.    **10-55432**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | - | | | **Notice only** | | | | |
| **Corey Elenbaum** **59 Lindon St.** **Port Huron, MI 48060** | | | | | | | | | **0.00** |
| Account No. | | - | | | **Notice only** | | | | |
| **Courtney Rich** **3833 Cheyenne** **Fort Gratiot, MI 48059** | | | | | | | | | **0.00** |
| Account No. **xxxxx0001** | X | - | | | **Notice only** | | | | |
| **Deluxe Business Checks & Solutions** **P.O. Box 742572** **Cincinnati, OH 45274-2572** | | | | | | | | | **0.00** |
| Account No. **xxxx-x1512** | X | - | | | **2010** **Business debt** | | | | |
| **DiLaura Brothers, LLC** **7023 E. 14 Mile Rd.** **Sterling Heights, MI 48312** | | | | | | | | | **Unknown** |
| Account No. **xxxxx1513** | | - | | | **Business debt** | | | | |
| **Direct TV** **P.O. Box 60036** **Los Angeles, CA 90060-0036** | | | | | | | | | **445.00** |

Sheet no. __5__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**445.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re __Zebra Drome, Inc.__ , Case No. __10-55432__
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxx xxx x001 6**<br><br>**DTE Energy**<br>**P.O. Box 740786**<br>**Cincinnati, OH 45274-0786** | - | | | | **2010**<br>**Business debt** | | | | 25.02 |
| Account No. **xx1046**<br><br>**Dyck Security Services, Inc.**<br>**2425 Minnie Street**<br>**Port Huron, MI 48060-4733** | - | | | | **Notice only** | | | | 0.00 |
| Account No. **xx1052**<br><br>**Earle Smith Distributing Co.**<br>**1730 Dove Street**<br>**Port Huron, MI 48060** | - | | | | **Notice only** | | | | 0.00 |
| Account No.<br><br>**Ernst Hotel Supply, Inc.**<br>**2888 Riopeele Street**<br>**Detroit, MI 48207** | - | | | | **Business debt** | | | | 449.00 |
| Account No. **xxxxxx2918**<br><br>**Everst National Insurance Company**<br>**P.O. Box 499**<br>**Newark, NJ 07101-0499** | - | | | | **Notice only** | | | | 0.00 |

Sheet no. __6__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)

474.02

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

In re  **Zebra Drome, Inc.**
_____,    Case No. _____**10-55432**_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **xxx50-PT** | | | | | Notice only | | | | |
| **Gannett Michigan Newpapers** **P.O. Box 30318** **Lansing, MI 48919** | | - | | | | | | | 0.00 |
| Account No. **x7523** | | | | | Notice only | | | | |
| **Gerry's Distributing Co.** **2021 15th Street** **Port Huron, MI 48060** | | - | | | | | | | 0.00 |
| Account No. **xxxxx3481** | X | - | | | 2010 Business Debt | | | | |
| **Gordon Food Service** **Payment Processing Center** **Dept. CH 10490** **Palatine, IL 60055-0490** | | | | | | | | | 2,241.39 |
| Account No. | | | | | Notice only | | | | |
| **Hannah Edwards** **6687 Griswold** **Smiths Creek, MI 48074** | | - | | | | | | | 0.00 |
| Account No. **xxxxx5061** | | | | | Notice only | | | | |
| **Horizon Blue Cross/Blue Shield** **P.O. Box 989** **Newark, NJ 07101-0989** | | - | | | | | | | 0.00 |

Sheet no. __**7**___ of __**19**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,241.39

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

In re **Zebra Drome, Inc.**                                                    Case No. **10-55432**
_____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Huron Consultants**<br>**Attn: Patrick Haire**<br>**25315 Dequindre**<br>**Akron, MI 48701** | - | | | **2010**<br>**Notice only** | | | | 0.00 |
| Account No. <br><br>**Huron Title Company**<br>**330 Michigan Street**<br>**Port Huron, MI 48060** | - | | | **Notice only** | | | | 0.00 |
| Account No. **Bowl-O-Drome**<br><br>**Hutchinson Refrigeration Service**<br>**2012 12th Street**<br>**Port Huron, MI 48060** | - | | | **Notice only** | | | | 0.00 |
| Account No. **xx5182**<br><br>**ISM Restraunt Services**<br>**N 532 William Road**<br>**Genoa City, WI 53128** | - | | | **Notice only** | | | | 0.00 |
| Account No. <br><br>**James Potts**<br>**2524 Walnut**<br>**Port Huron, MI 48060** | - | | | **Notice only** | | | | 0.00 |

Sheet no. __8__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

In re __Zebra Drome, Inc.__ ,  Case No. ___10-55432___

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx-xxx214R** | | | Notice only | | | | |
| **JCP Precision Bowling Systems 200 Oval Drive Islandia, NY 11749** | - | | | | | | 0.00 |
| Account No. **5652** | | | 2010 Business debt | | | | |
| **Jeff's Rubbish Disposal 10580 Metcalf Rd. Yale, MI 48097** | - | | | | | | 285.00 |
| Account No. | | | Notice only | | | | |
| **Jeremie A. Brettin 4987 Griswold Smiths Creek, MI 48074** | - | | | | | | Unknown |
| Account No. | | | Notice only | | | | |
| **John Mac Laren 38166 Hibrow Clinton Township, MI 48036** | - | | | | | | Unknown |
| Account No. | | | Notice only | | | | |
| **Julie A. Smith 1824 Griswold Port Huron, MI 48060** | - | | | | | | Unknown |

Sheet no. __9__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

285.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com   Best Case Bankruptcy

In re __Zebra Drome, Inc.__ _____,  Case No. ___10-55432___

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | - | | | 2010 Business debt | | | | |
| Kinney Entertainment, LLC dba Port Huron Ice Hawks 325 Huron Ave. Port Huron, MI 48060 | | | | | | | | | 1,000.00 |
| Account No. **xx0056** | | - | | | Notice only | | | | |
| La Grasso Bros., Inc. 5001 Bellvue P.O. Box 2638 Detroit, MI 48202-2638 | | | | | | | | | 0.00 |
| Account No. | | - | | | Professional Services | | | | |
| Law Offices of Timothy J. Lozen, P.C. Timothy L. Lozen, Esq. 511 Fort Street, Suite 402 Port Huron, MI 48060 | | | | | | | | | 1,773.00 |
| Account No. | | - | | | Notice only | | | | |
| Leah Bachman 2617 Krafft Rd., Apt. H Port Huron, MI 48060 | | | | | | | | | 0.00 |
| Account No. | | - | | | Notice only | | | | |
| Lori A. LePine 551 Karla Lane Marysville, MI 48040 | | | | | | | | | 0.00 |

Sheet no. __10__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 2,773.00 |
|---|

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

In re __Zebra Drome, Inc._____,     Case No. ____10-55432_____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W J C | | | | | | |
| Account No. | | - | | Notice only | | | | |
| Lynn Grygiel 3004 Shorewood Blvd. Fort Gratiot, MI 48059 | | | | | | | | 0.00 |
| Account No. **Zebra Lounge/Bowl-O-Drome** | | - | | Notice only | | | | |
| Marketing Promotions & Events Attn: Cristi Dixon 4435 Fairway Drive Fort Gratiot, MI 48059-3913 | | | | | | | | 0.00 |
| Account No. | | - | | Notice only | | | | |
| MBPA 27700 Hoover Rd. Warren, MI 48093 | | | | | | | | 0.00 |
| Account No. | | - | | Notice only | | | | |
| Melinda Schuster 5142 Lapeer Rd. Smiths Creek, MI 48074 | | | | | | | | 0.00 |
| Account No. | | - | | Notice only | | | | |
| Melody R. McPhail 918 1/2 Pine Grove Ave. Port Huron, MI 48060 | | | | | | | | 0.00 |

Sheet no. __11__ of __19__ sheets attached to Schedule of                          Subtotal                    0.00
Creditors Holding Unsecured Nonpriority Claims                                  (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                         Best Case Bankruptcy

In re **Zebra Drome, Inc.** , Case No. **10-55432**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | - | | Notice only | | | | |
| Michael Fieler 197 Beacon Ct. Port Huron, MI 48060 | | | | | | | | | 0.00 |
| Account No. | | | - | | Notice only | | | | |
| Michael Murawski 729 Ontario #2 Port Huron, MI 48060 | | | | | | | | | 0.00 |
| Account No. | X | | - | | 2010 Business debt | | | | |
| Michigan State Disbursement Unit P.O. Box 30350 Lansing, MI 48909-7850 | | | | | | | | | 733.00 |
| Account No. | | | - | | 2009 Business debt | | | | |
| Midwest Bowling Promoters, Inc. 18621 Myron Livonia, MI 48152 | | | | | | | | | 1,479.42 |
| Account No. x0171 | | | - | | Notice only | | | | |
| Mitchell Sales, Inc. 24538 Indoplex Circle Farmington, MI 48335 | | | | | | | | | 0.00 |

Sheet no. __12__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **2,212.42**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

In re    **Zebra Drome, Inc.** _____ ,    Case No. ___**10-55432**___
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2010 Wages | | | | |
| Morgan A. Claerhout 9221 Puttygut Casco, MI 48074 | - | | | | | | 266.00 |
| Account No. | | | 2010 Wages | | | | |
| Nancy Laming 1518 Lapeer Ave. Port Huron, MI 48060 | - | | | | | | 355.00 |
| Account No. | | | Notice only | | | | |
| Nate McNally 1021 Wells St. Port Huron, MI 48060 | - | | | | | | 0.00 |
| Account No. | | | Notice only | | | | |
| Nathan Wilson 1875 Michigan Rd. Apt. F11 Marysville, MI 48040 | - | | | | | | 0.00 |
| Account No. | | | Notice only | | | | |
| New Edge Satellite 7583 Gratiot Rd. Saginaw, MI 48609 | - | | | | | | 0.00 |

Sheet no. __**13**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **621.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re **Zebra Drome, Inc.** , Case No. **10-55432**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | | | Notice only | | | | |
| New Image Protective Services, Inc. 320 Church St. Mount Clemens, MI 48043 | X | - | | | | | | | 0.00 |
| Account No. | | | | | 2010 Wages | | | | |
| Nicholas March 1913 26th St. Port Huron, MI 48060 | | - | | | | | | | 158.00 |
| Account No. | | | | | Notice only | | | | |
| Nichole A. Greenman 1071 Sterling Place Port Huron, MI 48060 | | - | | | | | | | 0.00 |
| Account No. | | | | | Notice only | | | | |
| Nicole Dubs 3980 Metcalf Rd. Fort Gratiot, MI 48059 | | - | | | | | | | 0.00 |
| Account No. | | | | | Notice only | | | | |
| Nobel Locksmith Service, Inc. c/o Robert C. Noble, Res. Agent 2670 Grace Rd. Fort Gratiot, MI 48059 | | - | | | | | | | 0.00 |

Sheet no. __14__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**158.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

In re  **Zebra Drome, Inc.**_____,  Case No. ____**10-55432**____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Notice only | | | | |
| North American Coil & Beverage 15641 E 10 Mile Rd Eastpointe, MI 48021 | X | - | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. **xxxxxx3722** | | | | | 2010 Business debt | | | | |
| North Point Insurance Company 28819 Franklin Road Southfield, MI 48034-1656 | X | - | | | | | | | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Notice only | | | | |
| Nu-Fold, Inc. 4444 Lawton Detroit, MI 48208 | X | - | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. **xxx2543** | | | | | 2010 Business debt | | | | |
| Pepsi Bottling Group P.O. Box 75948 Chicago, IL 60675-5948 | X | - | | | | | | | |
| | | | | | | | | | 683.00 |
| Account No. | | | | | Notice only | | | | |
| Port Huron Sewer Cleaning 3077 Simosin Rd. Fort Gratiot, MI 48059 | X | - | | | | | | | |
| | | | | | | | | | 0.00 |

Sheet no. __**15**__ of __**19**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **683.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com     Best Case Bankruptcy

In re    **Zebra Drome, Inc.**                                          ,    Case No.    **10-55432**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Bowl-O-Drome** | | | | Business debt | | | | |
| **Port Huron USBC BA** **1401 6th Street** **Marysville, MI 48040** | X | - | | | | | | 51.00 |
| Account No. **6421** | | | | Notice only | | | | |
| **Port Huron USBC WBA** **Sandy Hox** **74975 Burk** **Armada, MI 48005** | X | - | | | | | | 0.00 |
| Account No. **xxx2322** | | | | Notice only | | | | |
| **Qubica-AMF** **Pins Division** **7412 Utica Blvd.** **Lowville, NY 13367** | X | - | | | | | | 0.00 |
| Account No. **xx9242** | | | | Notice only | | | | |
| **Qubica-AMF Worldwide, LLC** **8100 AMF Drive** **Mechanicsville, VA 23111** | X | - | | | | | | 0.00 |
| Account No. **x9605** | | | | Notice only | | | | |
| **Radio First** **P.O. Box 610807** **Port Huron, MI 48060** | X | - | | | | | | 0.00 |

Sheet no. __**16**__ of __**19**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **51.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re   **Zebra Drome, Inc.**                                      ,      Case No.   **10-55432**

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>Robert Grygiel<br>3004 Shorewood Blvd.<br>Fort Gratiot, MI 48059 | | - | Notice only | | | | 0.00 |
| Account No. <br><br>Scott A. Newsome<br>1916 Oak St.<br>Port Huron, MI 48060 | | - | Notice only | | | | 0.00 |
| Account No. xxxxxx1.500 <br><br>Semco Energy<br>P.O. Box 740812<br>Cincinnati, OH 45274-0812 | X | - | 2010<br>Business debt | | | | Unknown |
| Account No. ZEBRA <br><br>South Park Welding Supplies<br>50 Gratiot Blvd.<br>Marysville, MI 48040 | X | - | Notice only | | | | 0.00 |
| Account No. 2617 <br><br>St. Clair County Environmental Health<br>3415 28th Street<br>Port Huron, MI 48060 | X | - | Notice only | | | | 0.00 |

Sheet no. __17__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal       0.00
(Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

In re __Zebra Drome, Inc.__ ,    Case No. __10-55432__

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. <br><br>**Statewide Resurfacing** <br>**4 South Kennific Street** <br>**Yale, MI 48097** | X | - | | | **Notice only** | | | | 0.00 |
| Account No. **xx5846** <br><br>**Sysco** <br>**P.O. Box 33580** <br>**Detroit, MI 48232-5580** | X | - | | | **Notice only** | | | | 0.00 |
| Account No. <br><br>**Tricia Runge** <br>**4200 Scot B. Drive** <br>**Saint Clair, MI 48079** | | - | | | **Notice only** | | | | 0.00 |
| Account No. **xxxx xx. xxx-xxxx10-CK** <br><br>**Van Claren, Inc.** <br>**c/o James P. Brennan** <br>**Davis, Listman & Brennan** <br>**10 S. Main, Suite 401** <br>**Mount Clemens, MI 48043** | X | - | | | **2/26/10** <br>**Consent Judgment** | | X | X | Unknown |
| Account No. **xxxx xx. xx-x21-PR** <br><br>**Van Claren, Inc.** <br>**c/o James P. Brennan** <br>**Davis, Listman & Brennan** <br>**10 S. Main, Suite 401** <br>**Mount Clemens, MI 48043** | | - | | | **Lawsuit** | | | | Unknown |

Sheet no. __18__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

In re __Zebra Drome, Inc.__ _____, Case No. ___10-55432___
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice only | | | | |
| Verizon PO Box 920041 Dallas, TX 75392 | X | - | | | | | | 0.00 |
| Account No. | | | | Notice only | | | | |
| Victoria Wilson 3501 N. River Road Fort Gratiot, MI 48059 | | - | | | | | | 0.00 |
| Account No. | | | | Notice only | | | | |
| Wiczko Distributing, Inc. c/o Joseph C. Wiczki, Res. Agent 2765 N. Michigan Ave. Port Huron, MI 48060 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __19__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) — 0.00

Total (Report on Summary of Schedules) — 1,253,428.83

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re   **Zebra Drome, Inc.**                                       ,    Case No.    **10-55432**

                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Black River Quay, Inc.**<br>**522 Quay Street**<br>**Port Huron, MI 48060** | **Lease agreement for property located at 522 Quay St., Port Huron, MI 48060** |

0

In re    **Zebra Drome, Inc.**                                                              ,      Case No.    **10-55432**
                                        Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Lynn Grygiel**<br>**3004 Shorewood Blvd.**<br>**Fort Gratiot, MI 48059** | **Van Claren, Inc.**<br>**c/o James P. Brennan**<br>**Davis, Listman & Brennan**<br>**10 S. Main, Suite 401**<br>**Mount Clemens, MI 48043** |
| **Lynn Grygiel**<br>**3004 Shorewood Blvd.**<br>**Fort Gratiot, MI 48059** | **Black River Quay, Inc.**<br>**522 Quay Street**<br>**Port Huron, MI 48060** |
| **Robert Grygiel**<br>**3004 Shorewood Blvd.**<br>**Fort Gratiot, MI 48059** | **Van Claren, Inc.**<br>**c/o James P. Brennan**<br>**Davis, Listman & Brennan**<br>**10 S. Main, Suite 401**<br>**Mount Clemens, MI 48043** |
| **Robert Grygiel**<br>**3004 Shorewood Blvd.**<br>**Fort Gratiot, MI 48059** | **Al Bourdeau Insurance**<br>**5651 Lakeshore Drive**<br>**Fort Gratiot, MI 48059** |
| **Robert Grygiel**<br>**3004 Shorewood Blvd.**<br>**Fort Gratiot, MI 48059** | **Austin, Niester, Schweihofer& Finnegan**<br>**600 Fort Street, Suite 200**<br>**Port Huron, MI 48060** |
| **Robert Grygiel**<br>**3004 Shorewood Blvd.**<br>**Fort Gratiot, MI 48059** | **Black River Quay, Inc.**<br>**522 Quay Street**<br>**Port Huron, MI 48060** |
| **Robert Grygiel**<br>**3004 Shorewood Blvd.**<br>**Fort Gratiot, MI 48059** | **Cintas**<br>**51518 Guadrate**<br>**Macomb, MI 48042** |
| **Robert Grygiel**<br>**3004 Shorewood Blvd.**<br>**Fort Gratiot, MI 48059** | **Cintas Sanis**<br>**51518 Quadrate**<br>**Macomb, MI 48042** |
| **Robert Grygiel**<br>**3004 Shorewood Blvd.**<br>**Fort Gratiot, MI 48059** | **City Cab of Port Huron**<br>**1418 Pine Grove Ave.**<br>**Port Huron, MI 48060** |
| **Robert Grygiel**<br>**3004 Shorewood Blvd.**<br>**Fort Gratiot, MI 48059** | **Deluxe Business Checks & Solutions**<br>**P.O. Box 742572**<br>**Cincinnati, OH 45274-2572** |
| **Robert Grygiel**<br>**3004 Shorewood Blvd.**<br>**Fort Gratiot, MI 48059** | **DiLaura Brothers, LLC**<br>**7023 E. 14 Mile Rd.**<br>**Sterling Heights, MI 48312** |

**2**
――――  continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

In re __Zebra Drome, Inc.__ , Case No. ___10-55432___

Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Robert Grygiel**<br>**3004 Shorewood Blvd.**<br>**Fort Gratiot, MI 48059** | **Gordon Food Service**<br>**Payment Processing Center**<br>**Dept. CH 10490**<br>**Palatine, IL 60055-0490** |
| **Robert Grygiel**<br>**3004 Shorewood Blvd.**<br>**Fort Gratiot, MI 48059** | **Michigan State Disbursement Unit**<br>**P.O. Box 30350**<br>**Lansing, MI 48909-7850** |
| **Robert Grygiel**<br>**3004 Shorewood Blvd.**<br>**Fort Gratiot, MI 48059** | **New Image Protective Services, Inc.**<br>**320 Church St.**<br>**Mount Clemens, MI 48043** |
| **Robert Grygiel**<br>**3004 Shorewood Blvd.**<br>**Fort Gratiot, MI 48059** | **North American Coil & Beverage**<br>**15641 E 10 Mile Rd**<br>**Eastpointe, MI 48021** |
| **Robert Grygiel**<br>**3004 Shorewood Blvd.**<br>**Fort Gratiot, MI 48059** | **North Point Insurance Company**<br>**28819 Franklin Road**<br>**Southfield, MI 48034-1656** |
| **Robert Grygiel**<br>**3004 Shorewood Blvd.**<br>**Fort Gratiot, MI 48059** | **Nu-Fold, Inc.**<br>**4444 Lawton**<br>**Detroit, MI 48208** |
| **Robert Grygiel**<br>**3004 Shorewood Blvd.**<br>**Fort Gratiot, MI 48059** | **Pepsi Bottling Group**<br>**P.O. Box 75948**<br>**Chicago, IL 60675-5948** |
| **Robert Grygiel**<br>**3004 Shorewood Blvd.**<br>**Fort Gratiot, MI 48059** | **Port Huron Sewer Cleaning**<br>**3077 Simosin Rd.**<br>**Fort Gratiot, MI 48059** |
| **Robert Grygiel**<br>**3004 Shorewood Blvd.**<br>**Fort Gratiot, MI 48059** | **Port Huron USBC BA**<br>**1401 6th Street**<br>**Marysville, MI 48040** |
| **Robert Grygiel**<br>**3004 Shorewood Blvd.**<br>**Fort Gratiot, MI 48059** | **Port Huron USBC WBA**<br>**Sandy Hox**<br>**74975 Burk**<br>**Armada, MI 48005** |
| **Robert Grygiel**<br>**3004 Shorewood Blvd.**<br>**Fort Gratiot, MI 48059** | **Qubica-AMF**<br>**Pins Division**<br>**7412 Utica Blvd.**<br>**Lowville, NY 13367** |
| **Robert Grygiel**<br>**3004 Shorewood Blvd.**<br>**Fort Gratiot, MI 48059** | **Qubica-AMF Worldwide, LLC**<br>**8100 AMF Drive**<br>**Mechanicsville, VA 23111** |

Sheet __1__ of __2__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

In re   **Zebra Drome, Inc.**                        ,     Case No.   **10-55432**

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Robert Grygiel**<br>**3004 Shorewood Blvd.**<br>**Fort Gratiot, MI 48059** | **Radio First**<br>**P.O. Box 610807**<br>**Port Huron, MI 48060** |
| **Robert Grygiel**<br>**3004 Shorewood Blvd.**<br>**Fort Gratiot, MI 48059** | **Semco Energy**<br>**P.O. Box 740812**<br>**Cincinnati, OH 45274-0812** |
| **Robert Grygiel**<br>**3004 Shorewood Blvd.**<br>**Fort Gratiot, MI 48059** | **South Park Welding Supplies**<br>**50 Gratiot Blvd.**<br>**Marysville, MI 48040** |
| **Robert Grygiel**<br>**3004 Shorewood Blvd.**<br>**Fort Gratiot, MI 48059** | **St. Clair County Environmental Health**<br>**3415 28th Street**<br>**Port Huron, MI 48060** |
| **Robert Grygiel**<br>**3004 Shorewood Blvd.**<br>**Fort Gratiot, MI 48059** | **Statewide Resurfacing**<br>**4 South Kennific Street**<br>**Yale, MI 48097** |
| **Robert Grygiel**<br>**3004 Shorewood Blvd.**<br>**Fort Gratiot, MI 48059** | **Sysco**<br>**P.O. Box 33580**<br>**Detroit, MI 48232-5580** |
| **Robert Grygiel**<br>**3004 Shorewood Blvd.**<br>**Fort Gratiot, MI 48059** | **Verizon**<br>**PO Box 920041**<br>**Dallas, TX 75392** |

Sheet   **2**   of   **2**   continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

# United States Bankruptcy Court
### Eastern District of Michigan

In re __Zebra Drome, Inc.__                 Case No. __10-55432__
                         Debtor(s)          Chapter    __7__

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____     Signature: _____
                                                    Debtor

Date _____     Signature: _____
                                     (Joint Debtor, if any)

*[If joint case, both spouses must sign.]*

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____         _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer       Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

Address

X_____         _____
Signature of Bankruptcy Petition Preparer                       Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the __President__ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the __corporation__ [corporation or partnership] named as a debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __36__ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date __June 9, 2010__         Signature: __/s/ Robert Grygiel__
                                           __Robert Grygiel__
                                     [Print or type name of individual signing on behalf of debtor]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com           Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Michigan

In re    __Zebra Drome, Inc.__               Case No.    __10-55432__

                                 Debtor(s)         Chapter     __7__

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None   ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$615,412.00** | **2008 Total Income** |
| **$456,567.48** | **2009 Total Income** |

---

**2. Income other than from employment or operation of business**

None   ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                  SOURCE

---

### 3. Payments to creditors

None
■   *Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
| --- | --- | --- | --- |

None
☐   b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
| --- | --- | --- | --- |
| **Black River Quay, Inc,** | **2/9/2010 through 5/9/2010** | **$9,640.00** | **$1,240,600.00** |
| **Friday Moring Industrial** | **2/9/2010 through 5/9/2010** | **$5,976.00** | **$5,976.00** |
| **Gordon Food Service** | **2/9/2010 though 5/9/2010** | **$18,181.58** | **$2,000.00** |
| **Law Offices of Timothy J. Lozen, P.C.**<br>**Timothy L. Lozen, Esq.**<br>**511 Fort Street, Suite 402**<br>**Port Huron, MI 48060** | **2/9/2010 through 5/9/2010** | **$8,636.97** | **$1,773.00** |

None
■   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
| --- | --- | --- | --- |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
| --- | --- | --- | --- |
| **Van Claer, Inc. and Zebra**<br>**Iouge, Ine. vs Black River**<br>**Quay, Inc, Zebra Drome, Inc.,**<br>**Bank of America, LaSalle**<br>**Bank MidWest N.A.;**<br>**D09-001610-CK** | **Civil** | **State of Michigan County of**<br>**St. Clair; 31st Circuit Court** | **Judgment** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**None** ☑    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 5. Repossessions, foreclosures and returns

**None** ☑    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

**None** ☑    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

**None** ☑    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

**None** ☑    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

**None** ☐    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |
| **$883.00** | **Funds were stolen from business on 4/3/2010.** | **4/3/2010** |

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Stevenson & Bullock P.L.C.** <br> **26100 American Drive, Ste. 500** <br> **Southfield, MI 48034** | **5/9/2010** | **$2,800.00 ($2,501.00 for attorney fees and $299.00 for filing fees)** |

**10. Other transfers**

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

Software Copyright (c) 1996-2010 Best Case Solutions, Inc. - Evanston, IL - www.bestcase.com      Best Case Bankruptcy

10-55432-tjt   Doc 14   Filed 06/14/10   Entered 06/14/10 14:08:50   Page 41 of 47

**14. Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Coca-Cola Bottiling Co. Mich** | **Beverage vending machine** | **522 Quay Street, Port Huron, St. Clair County , Michigan** |
| **Pepsi Bottling Group** | **Beverage vending machine, 4 Beverage dispenesing guns, 1 Dispensing rack, and misc. equipment** | **522 Quay Street, Port Huron, St. Clair County , Michigan** |
| **N & N Novelty** | **3 pool tables, 2 juke boxes, 1 change machine, 1 touch screen, 1 table soccer game, 1 golf bowling game, 1 hunting video game, 2 race car games, 2 novelty cranes, and dart board.** | **522 Quay Street, Port Huron, St. Clair County , Michigan** |
| **South Park Welding Supplies** | **All CO2 containers** | **522 Quay Street, Port Huron, St. Clair County , Michigan** |
| **Michigan State Lottery** | **1 Lottery ticket machine, 2 TV screens, Dell computer, wall mount ticket check, satelight dish, and misc. equitment.** | **522 Quay Street, Port Huron, St. Clair County , Michigan** |
| **Cintas** | **All linnens, parpertowal dispnessers, and rugs.** | **522 Quay Street, Port Huron, St. Clair County , Michigan** |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None ■    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Austin, Niester, Schweihofer& Finnegan**<br>**600 Fort Street, Suite 200**<br>**Port Huron, MI 48060** | **Fiscal 2007** |

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Robert Grygiel**<br>**3004 Shorewood Blvd.**<br>**Fort Gratiot, MI 48059** | **2007 to present** |

None ■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Robert Grygiel** | **3004 Shorewood Blvd.**<br>**Fort Gratiot, MI 48059** |

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Bank of America** | **2009** |
| **Van Claren, Inc.** | **2009** |

---

### 20. Inventories

None ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| **5/2010** | **Randy Hornby** | **Unknown** |

None ☐    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **5/2010** | **Robert Grygiel**<br>**3004 Shorewood Blvd.**<br>**Fort Gratiot, MI 48059** |

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Robert Grygiel**<br>**3004 Shorewood Blvd.**<br>**Fort Gratiot, MI 48059** | **President** | **100%** |

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|------|------|------|

**24. Tax Consolidation Group.**

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------------|--------------------------------------|

**25. Pension Funds.**

None ■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------|--------------------------------------|

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    **June 9, 2010**          Signature    **/s/ Robert Grygiel**

                                                               **Robert Grygiel**

                                                               **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

| | |
|---|---|
| Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer | Social Security No. (Required by 11 U.S.C. § 110.) |

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address

X _____

Signature of Bankruptcy Petition Preparer                 Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  18 U.S.C. § 156.*

# United States Bankruptcy Court
## Eastern District of Michigan

In re **Zebra Drome, Inc.**

Debtor(s)

Case No. **10-55432**

Chapter **7**

### STATEMENT OF ATTORNEY FOR DEBTOR(S)
### PURSUANT TO F.R.BANKR.P. 2016(b)

The undersigned, pursuant to F.R.Bankr.P. 2016(b), states that:

1. The undersigned is the attorney for the Debtor(s) in this case.

2. The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is: [Check one]

[ **X** ]    **FLAT FEE**

    A.    For legal services rendered in contemplation of and in connection with this case, exclusive of the filing fee paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    **2,501.00**

    B.    Prior to filing this statement, received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ..    **2,501.00**

    C.    The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    **0.00**

[ ]    **RETAINER**

    A.    Amount of retainer received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

    B.    The undersigned shall bill against the retainer at an hourly rate of $____. [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

3. $ **299.00** of the filing fee has been paid.

4. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including: [Cross out any that do not apply.]

    A.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    B.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

    C.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    D.    ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~

    E.    ~~Reaffirmations;~~

    F.    ~~Redemptions;~~

    G.    ~~Other:~~

5. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

6. The source of payments to the undersigned was from:

    A.    **XX**    Debtor(s)' earnings, wages, compensation for services performed

    B.    Other (describe, including the identity of payor)

7. The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows:

Dated:    **June 9, 2010**

**/s/ Charles D. Bullock**

Attorney for the Debtor(s)
**Charles D. Bullock P55550**
**cbullock@sbplclaw.com**
**Stevenson & Bullock, P.L.C.**
**26100 American Drive**
**Suite 500**
**Southfield, MI 48034**
**(248)354-7906**

Agreed:    **/s/ Robert Grygiel**

**Robert Grygiel**

Debtor

Debtor